UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REANNA KELLY, *et al.*,

                Plaintiffs,

    -against-                         **REPORT AND RECOMMENDATION**
                                                   22 CV 226 (MKB) (CLP)

21 GROUP INC. *d/b/a* SHOW PALACE
GENTLEMEN'S CLUB, *et al.*,

                Defendants.
-----------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

        On December 20, 2023, counsel for all plaintiffs, Carpenter & Zuckerman ("Counsel"), filed a Motion to Withdraw their appearances as counsel of record for several plaintiffs in this action owing to a "substantial breakdown in communications" between the unresponsive plaintiffs and Counsel, including a complete lack of response to "any of the various emails, texts, phone calls, and letters from their attorneys." (ECF No. 66 ¶ 2). Specifically, Counsel sought to withdraw from its representation of plaintiffs Myali Sanchez, Dominique Williams, Ashley Mora, Katerine Mendez, Amberly Almonte, Janice Cassanova, Leandra Royer, Laura Blake, Alexandra Calfe, Alyssa Cruz, and Soleil Meises (collectively, the "unresponsive plaintiffs"). This Court granted the Motion to Withdraw with respect to the unresponsive plaintiffs on January 5, 2024. (ECF No. 68).

        The Court instructed Counsel to provide a hard and electronic copy of the Order to the unresponsive plaintiffs, who were ultimately given until April 1, 2024, to file a status report indicating whether they intended to litigate this case and, if so, to state whether they would proceed *pro se* or retain new counsel. (Id.; see also ECF Nos. 72–73). Despite Counsel having served a copy of the Order on the unresponsive plaintiffs (see ECF No. 73), they have not filed

1

any letter indicating that they wish to remain in this action. The Court therefore respectfully recommends that the district court dismiss the unresponsive plaintiffs for failure to prosecute. Fed. R. Civ. P. 41(b); see also LeSane v. Hall's Sec. Analyst, Inc., 239 F.3d 206, 209 (2d Cir. 2001) (holding that "it is unquestioned that Rule 41(b) . . . gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute").

Counsel is ORDERED to promptly serve a hard copy of this Report and Recommendation on each of the unresponsive plaintiffs at their last known addresses, as well as an electronic copy via their last known emails, and to file proof of service thereafter.[1] Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. See, e.g., Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

**SO ORDERED.**

Dated: Brooklyn, New York
April 17, 2024

*Cheryl L. Pollak*
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

---

[1] Counsel shall file proof of service in the form of a single cover letter with exhibits demonstrating service on each of the unresponsive plaintiffs.